**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| THOMAS K. GIBSON,             ) | |
|     Plaintiffs,                           ) | |
| vs.                                              ) | No. 3:13-CV-4820-L-BH |
|                                                    ) | |
| DEUTSCHE BANK NATIONAL TRUST  ) | |
| COMPANY *as Trustee for Morgan Stanley*  ) | |
| *Ixis Real Estate Capital Trust 2006-1*,     ) | |
| *Mortgage Pass Through Certificates*,      ) | |
| *Series 2006-1, et al.*,                          ) | |
|     Defendants.                      ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the plaintiff's *Application to Proceed in District Court without Prepaying Fees or Costs* on appeal, received February 4, 2014 (doc. 42).

(**X**)   The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed** *in forma pauperis* **on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).**  *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 5th day of February, 2015.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE